UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. 2:15-cv-1484-EFB P |
| Plaintiff, | |
| v. | ORDER |
| K. LAVALEUR, et al., | |
| Defendants. | |

Tony Blackman is a state prisoner proceeding without counsel. This action was opened when he submitted to the court a one-page "Notice Due to 69 Defendants 'Obstructing Justice,'" along with several attachments. ECF No. 1. Mr. Blackman has not property commenced a civil action.

A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. A complaint must contain a short and plain statement of the plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 8. It must also contain a caption including the names of all defendants. Fed. R. Civ. P. 10(a). Mr. Blackman may draft his claims on the form complaint used by this court.

In addition, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner seeking to bring a civil

1

1  action without prepayment of fees or security therefor, in addition to filing the affidavit filed
2  under paragraph (1), shall submit a certified copy of the trust fund account statement (or
3  institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing
4  of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner
5  is or was confined."   To proceed with a civil action, Mr. Blackman must either pay the filing fee
6  or comply with the requirements set forth in the in forma pauperis statute.

   Until Mr. Blackman submits a complaint and either pays the filing fee or meets the
requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.

   Accordingly, it hereby is ORDERED that:

   1.  The Clerk of the Court shall send to Mr. Blackman the form complaint and application for leave to proceed in forma pauperis used in this court;

   2. Within 30 days of the date of this order, Mr. Blackman shall either pay the $400 filing fee or submit a complete application for leave to proceed in forma pauperis; and

   3.  Within 30 days of the date of this order, Mr. Blackman shall submit a complaint stating the nature of the action and his belief that he is entitled to redress.  Failure to comply with this order may result in dismissal.

DATED:  July 22, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE