1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No.  2:15-cv-1484-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| K. LAVALEUR, et al., | |
| Defendants. | |

Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).  He has also submitted a trust account statement, but it is not certified and is outdated by over eight *years*.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period *immediately preceding the filing of the complaint* . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."  28 U.S.C. § 1915(a)(2) (emphasis added).

/////

/////

1

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

So ordered.

Dated: October 19, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE